JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ABDIRASHID HARET, | ) Case No. 5:24-cv-01878-PA-JC |
|---|---|
| Petitioner, | ) |
|  | ) JUDGMENT |
| v. | ) |
| J. DOERER, Warden, | ) |
| Respondent. | ) |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in Federal Custody (28 U.S.C. § 2241) and this action are dismissed.

IT IS SO ADJUDGED.

DATED: March 7, 2025

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE